IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN MIGUEL CASTILLO,<br><br>Defendant. | CR 21-99-BLG-SPW<br><br>AMENDED ORDER CONTINUING SENTENCING HEARING |

Upon the Defendant Juan Miguel Castillo's Unopposed Motion to Continue the Sentencing Hearing (Doc. 34) and for good cause appearing,

IT IS HEREBY ORDERED that the Sentencing Hearing currently set for July 13, 2022, is VACATED.

IT IS FURTHER ORDERED that the Sentencing Hearing will be rescheduled for **Wednesday, July 27, 2022, at 1:30 p.m.**

IT IS FURTHER ORDERED that,

1. Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **July 13, 2022.** Absent good cause shown, sentencing memoranda and supporting documents filed after July 13,

1

2022, will not be considered in addressing sentencing issues. Failure to timely file sentencing memoranda may result in imposition of sanctions against counsel.

2. Responses to sentencing memoranda shall be filed on or before **July 20, 2022. A party is not permitted to file a response unless the party has filed an opening sentencing memorandum.**

3. Reply briefs will not be accepted for filing in sentencing matters.

4. The Court will resolve objections included in the Addendum to the presentence report at the sentencing hearing in accordance with U.S.S.G. § 6A1.3.

5. All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The Clerk of Court is to notify counsel of the making of this Order.

DATED this 14th day of June, 2022.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE